|  | * | IN THE |
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | AG No. 56 |
| MICHELE YVONNE GALLAGHER | * | September Term, 2023 |
|  | * |  |

O R D E R

Upon consideration of the joint petition for indefinite suspension by consent, in which the parties agree that respondent's conduct violated Rule 8.4(a), (b), (c), and (d) of the Maryland Attorneys' Rules of Professional Conduct, it is this 23rd day of September 2024, by the Supreme Court of Maryland

ORDERED that effective immediately, the joint petition is granted and the respondent, Michele Yvonne Gallagher, is indefinitely suspended from the practice of law in the State of Maryland; and it is further

ORDERED that, as agreed by the parties, the condition to the respondent's reinstatement to the bar that she "complete therapy" means that the respondent must comply with Rule 19-752(j)(10)'s requirement that the respondent demonstrate by a report of a health care professional that the respondent is mentally and physically competent to resume the practice of law; and it is further

ORDERED that the Clerk of this Court shall strike the name of Michele Yvonne Gallagher from the register of attorneys maintained by the Clerk and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and

all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk